GREGORY G. ISKANDER, Bar No. 200215
ALEXA L. WOERNER, Bar No. 267609
LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA  94597
Telephone:    925.932.2468
Facsimile:     925.946.9809

Attorneys for Defendant
SIEMENS INDUSTRY, INC.

DAVID YEREMIAN & ASSOCIATES, INC.
David Yeremian (SBN 226337)
david@yeremianlaw.com
535 N. Brand Blvd., Suite 705
Glendale, California 91203
Telephone: (818) 230-8380
Facsimile: (818) 230-0308

Attorneys for Plaintiff
JARRID J. WHITLEY, on behalf of
himself and others similarly situated

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| JARRID J. WHITLEY, an individual, on behalf of himself and others similarly situated,<br><br>          Plaintiff,<br><br>v.<br><br>SIEMENS INDUSTRY, INC. also doing business as and referred to as SIEMENS USA, SIEMENS CORPORATION, and SIEMENS, AND DOES 1 through 50, inclusive,<br><br>          Defendants. | Case No.  2:15-cv-00303-MCE-DAD<br><br>**ORDER RE DISMISSAL OF THE ACTION** |

In accordance with the parties; Joint Stipulation, and good cause appearing, IT IS HEREBY ORDERED that the complaint and any and all claims for relief in the above-referenced matter, USDC Case No. 2:15-cv-00303-MCE-DAD are hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: August 14, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT